## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

THOMAS G. CLOUGH                                                    PLAINTIFF

VS.                                    CIVIL ACTION NO. 3:04CV857-WHB-AGN

UNITED STATES OF AMERICA,
AND G. V. (SONNY) MONTGOMERY
MEDICAL CENTER                                                     DEFENDANTS


### FINAL JUDGMENT


In accordance with Rule 58 of the Federal Rules of Civil Procedure and with the Opinion and Order which granted Plaintiff's Motion Dismiss, this case is hereby finally dismissed with prejudice.

SO ORDERED this the 4th day of January, 2006.


                                        s/ William H. Barbour, Jr.
                                        UNITED STATES DISTRICT JUDGE

tct